No. 82, Misc. FRAZIER *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 83, Misc. SLOBODION *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 85, Misc. SAXTON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 89, Misc. WILLIAMS ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Richard H. Chamberlain* for respondent.

No. 91, Misc. HIBBS *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 92, Misc. YANKOWSKI *v.* NEW YORK. Court of General Sessions, New York County, New York. Certiorari denied.

No. 94, Misc. STEWART *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 95, Misc. RILEY *v.* CITIZENS NATIONAL BANK OF WACO. Court of Civil Appeals, 10th Supreme Judicial District, of Texas. Certiorari denied. *H. S. Beard* for petitioner. *Philip Edward Teeling* for respondent.

No. 97, Misc. GATES *v.* CIRCUIT COURT OF HANCOCK COUNTY, ILLINOIS. Circuit Court of Hancock County, Illinois. Certiorari denied.